**UNITED STATES DISTRICT COURT**     **SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

J. Doe1, et al.
   *Plaintiff(s),*

v.                                                                 Case No. 4:15–cv–01349

CMG RX LLC, et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:   **Motion Hearing**
RE: Motion for Miscellaneous Relief – #58

DATE:   **2/16/2023**

TIME:   **04:00 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN–PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                                                                   Date: February 10, 2023

By Deputy Clerk, A. Rivera