IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CARISSA PICARD,<br><br>Plaintiffs,<br><br>v.<br><br>CMG RX LLC, CCMGRX, LLC, RICHARD CESARIO, JOHN COOPER, 360 PHARMACY SERVICE, LLC, TRILOGY PHARMACY, INC., FW MEDICAL SUPPLIES, LLC, and WEISE PRESCRIPTION SHOP, INC.,<br><br>Defendants. | Case No. 4:15-CV-1349 |

**DECLARATION OF BRENDAN LITTLE IN SUPPORT OF RENEWED SECOND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS RICHARD CESARIO AND JOHN COOPER**

I, Brendan Little, declare and state as follows:

1. I am over the age of 18, counsel for the Relator in this matter, and make the following statements based upon personal knowledge.

2. On March 30, 2023, my office received an email from Richard Cesario indicating he had received the Summons and Complaint in this matter. Mr. Cesario's email is rcesario71@gmail.com. His last known address, where he was personally served with the Summons and Complaint, is 2625 Empire Dr., Apt. 3116, Richardson, TX 75080. He was subsequently personally served at the Colin County Constable's office at 920 E. Park Blvd, Ste. 230, Plano, TX 75074, but this was never Mr. Cesario's residence. (Doc. 80-1).

DECLARATION OF BRENDAN LITTLE - 1

3. On July 26, 2024, after I spoke with John P. Cooper on the phone, he sent me an email requesting that legal correspondence be sent to the email johnpaulcooper92@gmail.com. Cooper declined to provide me with his current address, but indicated he had moved from Dallas, Texas to Florida. Mr. Cooper subsequently sent a letter to the Court indicating that his current address is 3648 Rubin Rd., Jacksonville, FL 32257, which is his last known address. (Doc. 89).

4. Defendants Richard Cesario and John Cooper have not filed an answer or other responsive pleading in this matter and the time for doing so has passed. The Court of Clerk entered default against Cesario on April 5, 2024 and against Cooper on May 31, 2024. (Docs. 81 and 88).

5. Attached hereto are true and correct copies of the following exhibits:

**Exhibit 1:**  **Original Indictment in *U.S. v. Cooper, et al.***

**Exhibit 2:**  **Superseding Indictment in *U.S. v. Cooper, et al.***

**Exhibit 3:**  **Richard Cesario Final Judgment in *U.S. v. Cooper, et al.***

**Exhibit 4:**  **John Cooper Amended Final Judgment in *U.S. v. Cooper, et al.***

**Exhibit 5:**  **Memorandum by the United States Regarding Cooper Restitution Amount Following Resentencing**

**Exhibit 6:**  **Email from Richard Cesario to Brendan Little**

**Exhibit 7:**  **Email from John Paul Cooper to Brendan Little**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

DECLARATION OF BRENDAN LITTLE - 2

DATED this 12th day of November 2024.

      BERGMAN OSLUND UDO LITTLE PLLC

    By *Brendan E. Little*
      Brendan E. Little, *pro hac vice*
      520 Pike Street, Suite 1125
      Seattle, WA 98101
      Telephone: (206) 957-9510
      Facsimile: (206) 957-9549
      Email: brendan@bergmanlegal.com
         service@bergmanlegal.com
      Counsel for Realtor

DECLARATION OF BRENDAN LITTLE - 3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that he caused to be served upon the United States a true and correct copy of the foregoing document, all exhibits, and the proposed order this same date by filing it with the Court's Electronic Case Filing (ECF) system, with a courtesy copy by email. The undersigned further certifies under penalty of perjury that he caused to be served the foregoing document and all exhibits by email and by mailing, Certified U.S. Mail, Return Receipt Requested, to the following recipients:

Richard R. Cesario
2625 Empire Dr., Apt. 3116
Richardson, TX 75080
rcesario71@gmail.com

John Paul Cooper
3648 Rubin Rd.
Jacksonville, FL 32257
johnpaulcooper92@gmail.com

Dated this 12th day of November 2024.

/s/*Brendan Little*
Brendan E. Little
Counsel for Relator

DECLARATION OF BRENDAN LITTLE - 4