# Exhibit 6

**Brendan Little**

**From:** Richard <rcesario71@gmail.com>
**Sent:** Monday, August 28, 2023 9:00 PM
**To:** Brendan Little
**Subject:** Re: Case 4:15-cv-01349

You don't often get email from rcesario71@gmail.com. Learn why this is important

Yes you can call me on cell 214-790-4436

On Mon, Aug 28, 2023 at 5:51 PM Brendan Little <brendan@bergmanlegal.com> wrote:

> Will tomorrow (Tuesday) around 11 am CT work?
>
> **From:** Richard <rcesario71@gmail.com>
> **Sent:** Saturday, August 26, 2023 6:53 AM
> **To:** Brendan Little <brendan@bergmanlegal.com>
> **Subject:** Re: Case 4:15-cv-01349
>
> You don't often get email from rcesario71@gmail.com. Learn why this is important
>
> Yes, please call me. Monday after 9am 214-790-4436
>
> On Fri, Aug 25, 2023 at 1:18 PM Brendan Little <brendan@bergmanlegal.com> wrote:
>
>> Richard,
>>
>> Do you have a few minutes to speak about this case? Let me know a good time and the best number to reach you. Thanks.

1



**Brendan Little**
Bergman Oslund Udo Little
520 Pike Street Suite 1125
Seattle, WA 98101
206.957.9510

*Please Note the Changes to our Firm Name and Address*

Confidential Communication/Attorney-Client Privileged. This e-mail is sent by a law firm and may contain information that is PRIVILEGED or CONFIDENTIAL. If you are not the intended recipient, please delete the e-mail and any attachments and notify our office immediately. Thank you.

**From:** Richard <rcesario71@gmail.com>
**Sent:** Friday, April 7, 2023 3:00 PM
**To:** Brendan Little <brendan@bergmanlegal.com>
**Subject:** Re: Case 4:15-cv-01349

I do not have an attorney, but am more than happy to discuss with you what it is your seeking. Call me Monday after 1pm I'll make myself available.

Thanks

Richard Cesario

On Fri, Apr 7, 2023 at 4:50 PM Brendan Little <brendan@bergmanlegal.com> wrote:

> Mr. Cesario,
>
> Good afternoon. I received an email from you indirectly that I believe was sent our "Contact Us" email. I am one of the attorneys for Ms. Picard in the above case.
>
> Do you have an attorney I should speak with? As I explained in the letter served with the Complaint, Ms. Picard requested that the Court award a portion of certain assets seized by the government in the CMG federal case, but the Court ruled that the request is premature because there is no judgment in the civil case yet and defendants had not been served.
>
> If you do not have an attorney and would like to discuss the case, let me know a good time and I can give you a call.

3

Best,

Brendan



**Brendan Little**
Bergman Draper Oslund Udo
821 2nd Avenue, Suite 2100
Seattle, WA 98104
Cell: 206.851.4209

Confidential Communication/Attorney-Client Privileged. This e-mail is sent by a law firm and may contain information that is PRIVILEGED or CONFIDENTIAL. If you are not the intended recipient, please delete the e-mail and any attachments and notify our office immediately. Thank you.