# Exhibit 7

**Brendan Little**

| | |
|---|---|
| **From:** | John Cooper <johnpaulcooper92@gmail.com> |
| **Sent:** | Friday, July 26, 2024 10:54 AM |
| **To:** | Brendan Little |
| **Subject:** | Cooper, John-CMGRX |

Here is my email I use while in BOP. Send legal here.

1