United States District Court
Southern District of Texas
**ENTERED**
December 03, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CARISSA PICARD,<br><br>Plaintiffs,<br><br>v.<br><br>CMG RX LLC, CCMGRX, LLC, RICHARD CESARIO, JOHN COOPER, 360 PHARMACY SERVICE, LLC, TRILOGY PHARMACY, INC., FW MEDICAL SUPPLIES, LLC, and WEISE PRESCRIPTION SHOP, INC.,<br><br>Defendants. | Case No. 4:15-CV-1349 |

## ORDER GRANTING RENEWED SECOND MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANTS RICHARD CESARIO AND JOHN COOPER

THIS MATTER comes before the Court on Plaintiff's Renewed Second Motion for Default Judgment as to Defendants Richard Cesario and John Cooper. *See* ECF Nos. 96, 97.

**IT IS HEREBY ORDERED** that Plaintiff's Renewed Second Motion for Default Judgment as to Defendants Richard Cesario and John Cooper is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of United States District Court enter the default of Defendants Cesario and Cooper and to enter default judgment for the United States in the amount of $204,982,311.12 against Defendants Cesario and Cooper, jointly and severally. This Judgment shall bear post-judgment interest at an annual rate of 4.35% from the date of this Judgment until paid.

**IT IS FURTHER ORDERED** that all writs and processes necessary to the enforcement of this judgment shall issue as necessary. This is a final judgment disposing of all issues and all parties and is appealable. All relief not expressly granted is denied.

SIGNED this 2nd day of December, 2024.

                                                     JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

Presented by:

BERGMAN OSLUND UDO LITTLE PLLC

*/s/ Brendan E. Little*

Brendan E. Little (admitted *pro hac vice*)
520 Pike Street, Suite 1125
Seattle, WA 98101
Phone: (206) 957-9510
Email: brendan@bergmanlegal.com
        service@bergmanlegal.com
Counsel for Relator